IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-00334-LTB

DAWANE ARTHUR MALLETT,

    Petitioner,

v.

LT. L. FITZGERALD,
CORRECTIONAL OFFICER T. MARTINEZ, and
ADX WARDEN DAVID B. BERKEBILE,

    Respondents.

---

## JUDGMENT

---

    Pursuant to and in accordance with the Order of Dismissal entered by Lewis T. Babcock, Senior District Judge, on March 13, 2014, it is hereby

    ORDERED that Judgment is entered in favor of Respondents and against Petitioner.

    DATED at Denver, Colorado, this 13 day of March, 2014.

                    FOR THE COURT,

                    JEFFREY P. COLWELL, Clerk


                    By: s/Jennifer Hawkins
                        Deputy Clerk